

# Fourth Court of Appeals
## San Antonio, Texas

July 11, 2022

No. 04-22-00341-CV

**IN RE THE TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2021-PA-00518
Honorable Mary Lou Alvarez, Judge Presiding

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Patricia O. Alvarez, Justice
Irene Rios, Justice
Liza A. Rodriguez, Justice[2]

On June 7, 2022, the trial court held a hearing resulting in the oral rendition of an order and a subsequent draft order titled "Progress Report Order" (the June 7 order). On June 9, 2022, the Department filed a petition for writ of mandamus complaining about the June 7 order. The Department also filed a motion for temporary emergency relief asking this court to stay: the June 7 order, "any new or revised orders to the same effect," and any proceedings that would have coercive or punitive effect, including sanctions. On June 13, 2022, real party in interest Ad Litem filed a response to the Department's mandamus petition and a response to the Department's motion for emergency relief. We granted the Department's temporary emergency motion in part and invited responses from respondent and real parties in interest.

On July 5, 2022, the trial court held a hearing resulting in the oral rendition of an order and a subsequent draft order titled "Progress Report Order" (the July 5 order).

We **ORDER** the Department to file, **on or before July 21, 2022**: (1) the trial court's signed written order, and (2) the transcript of the July 5, 2022 hearing.

On July 9, 2022, the Department filed an amended petition for writ of mandamus complaining about the July 5 order. The Department also filed a second motion for temporary emergency relief asking this court to stay: the July 5 order, "any new or revised orders to the

---

[1] This proceeding arises out of Cause No. 2021-PA-00518, styled *In the Interest of M.T.M.S., a Child*, pending in the 131st Judicial District Court, Bexar County, Texas. The Honorable Mary Lou Alvarez presiding over the order at issue.

[2] Justice Rodriguez did not participate in this order.

same effect," and any proceedings that would have coercive or punitive effect, including sanctions.

After considering the Department's amended mandamus petition and second motion for temporary emergency relief, this court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). Respondent and real parties in interest may file a response to the amended petition in this court **no later than July 26, 2022.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

We **GRANT IN PART** the second motion for temporary emergency relief as follows:

    1.    The following decretal paragraphs in the trial court's July 5 order are **STAYED** pending further order of this court:

    3.2. IT IS ORDERED that the ICPC is expedited for placement at Youth for Tomorrow in Virginia.

    3.5. IT IS ORDERED the Department is to pay for one of either Alana Pearsall, Katy Stout, or Christina Brockway expenses to go with the child to the Youth for Tomorrow Placement.

    3.6. IT IS ORDERED that all interviews for M.T.M.S. placements are to be with caseworker and any Department staff, and at least one of the following: Alana Pearsall, Katy Stout, or Christina Brockway

    2.    Any contempt proceedings, sanctions, or any enforcement of decretal paragraphs 3.2., 3.5., or 3.6. in the July 5 order are **STAYED** pending further order of this court.

    3.    All orders rendered in this court's June 14, 2022 order remain in effect.

    4.    This court may initiate contempt proceedings if respondent fails to abide by this order.

It is so **ORDERED** on July 11, 2022.

**PER CURIAM**

ATTESTED TO: _Michael A. Cruz_
MICHAEL A. CRUZ,
CLERK OF COURT